UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID TEITELBAUM, et al.,

    Plaintiffs,

v.        Case No. 8:10-cv-1164-T-30EAJ

WHITNEY NATIONAL BANK,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal (Dkt. #13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 24, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2010\10-cv-1164.dismiss 13.wpd